## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIVE FACE ON WEB, LLC,<br>a Pennsylvania limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BF ADVANCE, LLC, a New York limited<br>liability company, and JOHN/JANE DOE<br>DEFENDANTS 1-10,<br><br>Defendants. | Civil Action<br><br>No.: 15-7415<br><br><br>**JURY TRIAL DEMANDED** |

### VERIFIED COMPLAINT

Plaintiff Live Face on Web, LLC, through its undersigned counsel, for its Complaint against the Defendants listed above, alleges as follows:

### I.   THE PARTIES

1.      Plaintiff, Live Face on Web, LLC ("LFOW"), is a Pennsylvania limited liability company with its principal place of business at 1300 Industrial Boulevard, Suite 212, Southampton, PA 18966.

2.      Upon information and belief, Defendant BF Advance, LLC ("BF Advance"), is a New York limited liability company with a principal place of business at 1506 Kings Highway, Brooklyn, NY 11229.

3.      Upon information and belief, John/Jane Doe Defendants 1-10 ("Doe Defendants") owned and/or controlled BF Advance and the subject website(s) at issue here, or otherwise jointly and severally with BF Advance engaged in the conduct complained of herein.

1

## II.    JURISDICTION AND VENUE

4.      This action arising under the U.S. Copyright Act (17 U.S.C. §501 et seq.), and thus this Court has federal question jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5.      As fully set forth herein, BF Advance, LLC and the Doe Defendants (collectively, the "Defendants") have used and distributed LFOW's software and/or infringing derivative works thereof, which are the subject of U.S. Copyright Registrations.

6.      This Court has personal jurisdiction over the Defendants because the Defendants have conducted business in, and has had continuous and systematic contacts with the State of New Jersey and this District.

7.      Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b), (c) and 1400(a) in that a substantial part of the events or omissions giving rise to the claims herein occurred in this District, and Defendants are located in this District.

## III.    PLAINTIFF'S BUSINESS AND COPYRIGHTED TECHNOLOGY

8.      LFOW is a developer and owner of "live person" software, which is an original work of authorship independently created by LFOW ("LFOW Software").

9.      The LFOW Software allows a company to display a video of a "walking" and "talking" personal host who introduces a website to an online visitor. The personal host is, in effect, a web spokesperson for the specific company for whom the video has been created. Typically the web spokesperson explains a company's products and/or services and directs a visitor's attention to a particular product or aspect of the website. The LFOW Software is representative of LFOW's advertising idea; LFOW (and its customers) advertise services and

solicit business through the use of a web spokesperson, which is typically tailored to specific goods and services found on the associated website.

10.     The LFOW Software enables a company to customize and dynamically modify settings and functionality of the web spokesperson. By way of example, a customer utilizing the LFOW Software can: (a) manipulate the positioning of the web spokesperson on its website and select between static, relative or dynamic positioning features; (b) adjust the delay between the time an online visitor enters the website and the start time of the web spokesperson's presentation; (c) select the number of times a video presentation plays for each particular visitor; and (d) select "click on me" functionality that directs a user to a predetermined page or section of the website which promotes goods or services and/or reinforces the image and brand of the customer.

11.     The LFOW Software seeks to enhance a web site by using a real spokesperson to capture, hold and prolong the attention of the average online visitor, enhancing the ability of the website to advertise specific goods and services. This technique has a direct positive impact on sales and/or the brand, public image and reputation of any company that has an online presence.

12.     Generally speaking, the LFOW Software can be implemented by LFOW's customers by modifying the HTML code of the LFOW customer's website. An HMTL script tag is embedded in the HTML code of the LFOW customer's website, which links the LFOW customer's website to a copy of the LFOW Software. An LFOW customer has the option of storing the copy of the LFOW Software on the same webserver(s) as the customer's website, or storing the copy of the LFOW Software on a different webserver(s) than the website. Many of LFOW's customers choose to have the copy of the LFOW Software stored on LFOW's webservers.

3

13.     Regardless of the particular webserver(s) where the LFOW Software is stored, the functionality and result is the same. When a web browser is directed to a website linked to the LFOW Software, the embedded HTML script tag is read by the web browser and causes the automatic distribution of a copy of the LFOW Software. The LFOW Software is automatically saved by the web browser into cache, and/or a hard drive(s), and loaded into computer memory and/or RAM (random access memory). As a result of the distribution of the LFOW Software, the specific web spokesperson video is automatically launched and displayed to advertise on the associated website.

14.     The LFOW Software is licensed to customers for a license fee by LFOW, which also receives fees for other services.

15.     The LFOW Software is also subject to the terms and conditions of LFOW's End User License Agreement ("EULA"). Since at least October 2007, LFOW has included the web address where the EULA can be found, thus anyone who accessed any version of the LFOW Software since that time had notice of the EULA.

16.     LFOW has registered the LFOW Software. Pertinent to this action, on December 20, 2007, LFOW duly registered the copyright in the LFOW Software version 7.0.0, prior to the publication of version 7.0.0, in the United States Copyright Office, as evidenced by the certificate of registration for TXu001610441, which was issued by the Register of Copyrights. A true and accurate copy of the certificate of registration is attached hereto as **Exhibit A1**, and a true and accurate copy of the deposit work for TXu001610441 is attached hereto as **Exhibit A2**.

IV.  **DEFENDANTS' COPYRIGHT INFRINGEMENT**

17.  Defendants own, and/or operate and/or control the website www.bfadvance.com ("Defendants' website"). A copy of the HTML source code for the Defendants' website is found at **Exhibit B**.

18.  Defendants' website advertises and promotes the products and/or services of Defendants.

19.  Upon information and belief, Defendants have used a web spokesperson video to promote Defendants' products and/or services.

20.  Upon information and belief, in order to display the web spokesperson video on Defendants' website, Defendants used and distributed, without permission, and therefore infringed upon, the infringing version of the LFOW Software.

21.  Upon information and belief, Defendants have the right and ability to modify their own website or to have their website modified on Defendants' behalf.

22.  Upon information and belief, to implement the infringing version of the LFOW Software, the Defendants' website was modified by or on behalf of Defendants to include the following website source code and/or text, shown in **Exhibit B**: http://tweople.com/client/ip_player.js?swf=http://tweople.com/client/new_main.swf&flv=http://flash.yourvideopartner.com/complete/11121244b.flv&start=mini&close=shrink&play_when=1&align_right=true&show_loading=no&width=560&height=420&vlm=80&x_off=280

23.  This modification links the Defendants' website to the file "ip_player.js", an infringing version of the LFOW Software, which was stored for Defendants on the webserver(s) for www.tweople.com. A copy of "ip_player.js" is found at **Exhibit C**.

24.     As a result of the modification to the Defendants' website referenced above, when a web browser retrieves a page from the Defendants' website, a copy of the infringing version of the LFOW Software is distributed by Defendants to the website visitor and stored on the visitor's computer in cache, memory and/or its hard drive. Accordingly, each visit to the Defendants' website is a new act of copyright infringement.

25.     The infringing version of the LFOW Software (shown at **Exhibit C**) is substantially similar to the LFOW Software, and includes one or more instances of "LFOW," which is a reference to LFOW. The infringing version of the LFOW Software also includes the unique prefixes "lf_," which were arbitrarily chosen by LFOW to mark its code and indicate LFOW's unique and original code. There is no functional value to the use of the letters "LFOW" or "lf_" in the LFOW Software. Instead, these were both chosen as references to LFOW and its code.

26.     The web spokesperson video that launches on Defendants' website is a result of Defendants' distribution of the infringing version of the LFOW Software, which advertises and promotes the products and/or services of Defendants, encouraging the website viewer to purchase and/or use Defendants' products and/or services, thereby providing a monetary benefit to Defendants. Thus, Defendants' copyright infringement of the LFOW Software is in their advertising, and the infringement is for the purpose of advertising their products and/or services.

27.     Defendants intend for a copy of the infringing version of the LFOW Software to be distributed to website visitors in their advertising, as this is necessary for the video spokesperson to appear on the screen of the website visitor. The volitional distribution of the infringing version of the LFOW Software by Defendants to their website visitors is seamless and transparent for the website visitors, who are able to view the video spokesperson advertising

Defendants' products and/or services by virtue of receiving the copy of the infringing version of the LFOW Software.

28.     Defendants profit directly from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their products and/or services by capturing, holding and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or the brand, public image and reputation of Defendants.

29.     The infringing version of the LFOW Software is a sales and advertising tool for Defendants to generate revenues and profits and, upon information and belief, the use and misuse of the infringing version of the LFOW Software by Defendants did in fact generate revenues and profits for Defendants, as more fully described herein.

30.     Defendants unlawfully and continuously used the infringing version of the LFOW Software on unauthorized Web Page(s), for which Defendants did not pay applicable license fees and video production fees to LFOW.

31.     The unlawful use, reproduction and/or distribution of the infringing version of the LFOW Software on the Defendants' website constitutes infringement of LFOW's intellectual property rights, including, without limitation, LFOW's registered copyrighted material(s).

32.     As a result of foregoing conduct of Defendants, LFOW has suffered significant harm and loss.

33.     Upon information and belief, Defendants actively induced end users to visit their website(s), and thereafter distributed the infringing version of the LFOW Software to end users (e.g. website visitors) numerous times.  The actual number can only be ascertained through discovery.

34.     Defendants have caused, enabled, facilitated, and/or materially contributed to the infringement by, *inter alia*, distributing copies of the accused software to each visitor via the Defendants' website(s) and refused to exercise their ability to stop the infringement made possible by the modification and continuous operation of their website(s).

35.     As the owner of the registered copyright in the LFOW Software, LFOW has an interest in protecting its rights against such copyright infringement.

36.     Under the authority of 17 U.S.C. § 504, LFOW is entitled to elect whether to recover statutory damages against Defendants for each act of copyright infringement.

## COUNT ONE

### Copyright Infringement

37.     LFOW incorporates by reference the averments contained in the preceding paragraphs above, as if set forth fully herein.

38.     Count One is an action under 17 U.S.C. § 501 for direct, indirect and/or vicarious infringement of registered copyright(s) as against the Defendants named in this Complaint.

39.     LFOW is the owner of valid copyright registration TXu001610441.

40.     LFOW has complied in all respects with the provisions of the Copyright Act, 17 U.S.C. §§ 101 et seq., and all other laws governing copyright to secure the exclusive rights and privileges in and to the copyrights of the items identified herein.

41.     The infringing version of the LFOW Software used and distributed by Defendants is at least substantially similar to the LFOW Software protected by TXu001610441.

42.     Defendants, through their agent(s), vendor(s), officer(s), and/or employee(s), modified Defendants' website to cause the copying, use and distribution of the infringing version of the LFOW Software.

43.     The past and ongoing copying, use and distribution of the infringing version of the LFOW Software by Defendants results in actual damage to LFOW, including but not limited to the loss of licensing revenue lost as a result of Defendants' infringement.

44.     Defendants intentionally induced and/or encouraged direct infringement of the LFOW Software by distributing the infringing version of the LFOW Software via their website(s) and/or seeking out the LFOW Software in order to use it on their website(s).

45.     Defendants profited from and have a direct financial interest in the infringement, because the use of the infringing version of the LFOW Software allows Defendants to more effectively promote and sell their product(s) and/or service(s) on their own website(s) by capturing, holding, and prolonging the attention of the average online visitor, providing a direct positive impact on sales and/or brand, public image and reputation of Defendants.

46.     Because Defendants own, operate and/or control their website, Defendants also have the right and ability to supervise and control the infringement and infringer by virtue of their ownership and control of their own website, but failed to do so.

47.     Unless Defendants are restrained and enjoined from their unauthorized use and distribution of the LFOW Software, these injuries will continue to occur.

48.     Irreparable harm and injury to LFOW are imminent as a result of Defendants' conduct and LFOW is without an adequate remedy at law.

49.     Pursuant to 17 U.S.C. § 502(a), LFOW is entitled to an injunction restraining Defendants, their employees and agents, and all other persons acting in concert with Defendants, from engaging in any further improper acts.

50.     Pursuant to 17 U.S.C. §§ 503(a) and 503(b), LFOW is entitled to an order impounding the infringing articles and the means by which such infringing articles were produced and/or reproduced.

51.     Pursuant to 17 U.S.C. § 504, LFOW is also entitled to recover actual damages and any profits of Defendants, or, alternatively, to recover statutory damages of up to $150,000 for each work infringed.

52.     Pursuant to 17 U.S.C. § 505, LFOW is entitled to an award of attorneys' fees and costs.

WHEREFORE, LFOW asks this Court to enter preliminary and final orders and judgments as necessary to provide LFOW the following requested relief:

a)      Finding Defendants liable for copyright infringement by virtue of Defendants' past and ongoing unauthorized use of LFOW's Software;

b)      Finding LFOW to have suffered, and to continue suffering harm that is irreparable and otherwise without an adequate remedy at law;

c)      A permanent injunction under 17 U.S.C. §§502 and 503, enjoining Defendants from further infringement, including but not limited to the cessation of operation of Defendants' website(s);

d)      An award of damages against Defendants under §504;

e)      An award under 17 U.S.C. § 505 allowing recover of the full costs of this action, including LFOW's reasonable attorneys' fees and costs; and

f)      Such and other relief as the Court deems appropriate.

## JURY DEMAND

LFOW demands a jury trial on all issues so triable.

Respectfully Submitted,

TINOVSKY LAW FIRM

Dated: December 30, 2015        By:_____

Vladislav Tinovsky, Esquire
NY Attorney ID 4450375
5 Neshaminy Interplex
Suite 205
Trevose, PA 19053
215-568-6860
*Counsel for Plaintiff Live Face on Web, LLC*

# EXHIBIT A1



# COPY OF DEPOSIT

# TXu 1-610-441

```
// ---------- Do Not Remove ----------
// Copyright 2007 LiveFaceOnWeb, LLC
// Version: 7.0.0
// Date: 10/02/2007
// End User License Agreement Location: http://www.livefaceonweb.com/eula.htm
//
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
//////////////////// User defined parameters and instructions ////////////////
////////////////////////////////////////////////////////////////////////////
////////////////////////////////////////////////////////////////////////////
//
// Below enter the URL location where the files are residing
// Example: var lf_URL = 'http://www.livefaceonweb.com/';
// In the above example, LiveFaceOnWeb Presentaton files are located at the root
level of http://www.livefaceonweb.com
var lf_URL = '';
// Below select from a choice of Static, Relative, or Dynamic position for the
LiveFaceOnWeb Presentation
// 1 = Static Position, LiveFaceOnWeb Presentation would be in a fixed location
// 2 = Relative Position, LiveFaceOnWeb Presentation would be located where the
script is called from on the webpage
// 3 = Dynamic Position, LiveFaceOnWeb Presentation would float as the page
scrolls
// Example: var lf_Position = 3;
// In the above example, LiveFaceOnWeb Presentation would float as with page
scrolls
var lf_Position = 3
// Below enter LiveFaceOnWeb Presentation OffSet Position
// OffSet Position specifies the top and the left position for Static and
Relative Positions only
// Example: var lf_OffSet_Top_Position = 50; and var lf_OffSet_Left_Position =
0;
// In the above example, LiveFaceOnWeb Presentation would be placed 50 pixels
from the top and 0 pixels to the left of the browser screen
var lf_OffSet_Top_Position = 0;
var lf_OffSet_Left_Position = 0;
// Below select the preset Dynamic position for LiveFaceOnWeb Presentation
// 1 = Top left of the browser screen
// 2 = Top right of the browser screen
// 3 = Bottom left of the browser screen
// 4 = Bottom right of the browser screen
// 5 = Middle of the browser screen
// 6 = Top Middle of the browser screen
// 7 = Right Middle of the browser screen
// 8 = Bottom Middle of the browser screen
// 9 = Left Middle of the browser screen
// Example: var lf_Position = 4;
// In the above example, LiveFaceOnWeb Presentation would be placed at bottom
right of browser screen
var lf_Position_Dynamic = 4;
// Below enter the delay lenght in seconds before LiveFaceOnWeb Presentation
appears
// Example: var lf_tDLB = 5;
// In the above example. LiveFaceOnWeb Presentation would appear after 5 seconds
// Example: var lf_tDLB = 0;
```

COPYRIGHT © 2007 LIVE FACE ON WEB, LLC. ALL RIGHTS RESERVED.

```
// in the above example, LiveFaceOnWeb Presentation would appear instantly
var lf_tDLB = 0;
// Below enter the amount of seconds LiveFaceOnWeb Presentation appears after it
has completed playing
// Example: var lf_TimeDelayAfter = 0;
// In the above example, this option would be disabled
// Example: var lf_tDLA = 5;
// In the above example, LiveFaceOnWeb Presentation would close 5 seconds after
it has completed playing
var lf_tDLA = 0;
// Below select how LiveFaceOnWeb Presentation should appear for the same
visitor
// 1 = Play everytime
// 2 = Play ones per visitors session
// 3 = Play in so many days
// Example: var lf_PresPlay = 1;
// In the above example LiveFaceOnWeb Presentation would play every time
// Example: var lf_PresPlay = 3; and var lf_PresPlayDays = 1;
// In the above example LiveFaceOnWeb Presentation would play ones every day
var lf_PresPlay = 1;
var lf_PresPlayDays = 0;
// Below enable the Click-On-Me Functionality for LiveFaceOnWeb Presentation
// Example: var lf_cOMW = 1;
// In the above example, Click-On-Me Functionality is enabled for LiveFaceOnWeb
Presenation
// Example: var lf_cOMW = 0;
// In the above example, Click-On-Me Functionality is disabled for LiveFaceOnWeb
Presenation
var lf_cOMW = 0;
// Below enter the Click-On-Me Functionality URL
// Example: var lf_cOMURL = 'http://www.livefaceonweb.com'
// In the above example, when a visitor would click on LiveFaceOnWeb Presenation
they would be redirected to http://www.livefaceonweb.com
var lf_cOMURL = '';
// Below select Click-On-Me Functionality Window Settings
// Example: var lf_cOMWP = 1;
// In the above example, the redirect window would be opened as a new browser
screen
// Example: var lf_cOMWP = 0;
// In the above example, the redirect window would be opened in the same browser
screen
var lf_cOMWP = 0;
// Below enable the Fade-In Effect
// Example: var lf_fIE = 1;
// In the above example, Fade-In Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fIE = 0;
// In the above example, this option would be disabled
var lf_fIE = 1;
// Below enter the duration of Fade-In Effect in seconds
// Example: var lf_fIET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-In in 5 seconds
var lf_fIET = 1;
// Below select LiveFaceOnWeb Presenation play status while Fade-In Effect is
active
// Example: var lf_fIET = 1;
```

-2-

```
// In the above example, LiveFaceOnWeb Presenation would play after the Fade-In
Effect has completed
// Example: var lf_fIET = 0;
// In the above example, LiveFaceOnWeb Presenation would play while the Fade-In
Effect is occuring
var lf_fIEP = 1;
// Below enable Fade-Out Effect
// Example: var lf_fOE = 1;
// In the above example, Fade-Out Effect is enabled on LiveFaceOnWeb Presenation
// Example: var lf_fOE = 0;
// In the above example, this option would be disabled
var lf_fOE = 1;
// Below enter the duration of Fade-Out Effect in seconds
// Example: var lf_fOET = 5;
// In the above example, LiveFaceOnWeb Presenation would Fade-Out in 5 seconds
var lf_fOET = 1;
// Below enable Play-Button Functionality to appear first at the bottom left
corner
// Example: var lf_pBBE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear first at the bottom left corner
// Example: var lf_pBBE = 0;
// In the above example, this option would be disabled
var lf_pBBE = 0;
// Below enable Play-Button Functionality to appear first on top of the model
// Example: var lf_pBBBOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation and appear first and on top of the model
// Example: var lf_pBBBOF = 0;
// In the above example, this option would be disabled
var lf_pBBBOF = 0;
// Below enable Play-Button Functionality to appear after LiveFaceOnWeb
Presenation has completed in the bottom left corner
// Example: var lf_pBAE = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation after it has completed and appears on the bottom left corner
// Example: var lf_pBAE = 0; disables the Play Button Function after the
presentation ends
// In the above example, this option would be disabled
var lf_pBAE = 0;
// Below enable Play-Button Functionality to appear on top of the model after
LiveFaceOnWeb Presenation has completed
// Example: var lf_pBAOF = 1;
// In the above example, Play-Button Functionality is enabled on LiveFaceOnWeb
Presenation to appear on top of the model after LiveFaceOnWeb Presenation has
completed
// Example: var lf_pBAOF = 0;
// In the above example, this option would be disabled
var lf_pBAOF = 0;
// Below enable the Roll-Over-To-Play Effect
// Example: var lf_rOTPE = 1;
// In the above example, Roll-Over-To-Play Effect is enabled on LiveFaceOnWeb
Presenation
// Example: var lf_rOTPE = 0;
// In the above example, this option would be disabled
var lf_rOTPE = 0;
```

```
// Below enter the Complete URL for the SWF to be active within Roll-Over-To-
Play Effect
// Example: var lf_rOTPURL = 'http://www.livefaceonweb.com/test.swf';
// In the above example, SWF file for Roll-Over-To-Play Effect is located at
http://www.livefaceonweb.com/test.swf
var lf_rOTPURL = '';
// Below enable the Frame-Hold Effect
// Example: var lf_sFRAME = 7; shows the 7th frame while fade in/out, play
button, and roll over effects
// In the above example, LiveFaceOnWeb Presentation shows 7th frame while Fade-
In/Fade-Out, Play-Button, and Roll-Over-To-Play Effects occur
// Example: var lf_sFRAME = 0;
// In the above example, this option would be disabled
var lf_sFRAME = 0;
// Below enter LiveFaceOnWeb.com Affiliate ID
// Example: var affiliateID = '80961c09';
var lf_AffiliateID = '';


///////////////////////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////////////////////
/////////////////////  Do not change the parameters below  //////////////////////
///////////////////////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////////////////////
///////////////////////////////////////////////////////////////////////////

var lf_SWF_File_Width = 200;
var lf_SWF_File_Height = 220;
var lf_ID = '100000505';

var lf_divHorPos = 0;
var lf_divVerPos = 0;
var lfVersion = -1;
var arrNavInfo = [];
var lfString;
var lfParamString;
var divID = 'div' + lf_ID;


arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
     arrNavInfo[0] = 'kde';
     arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
     arrNavInfo[0] = 'opr';
     arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
     arrNavInfo[0] = 'wtv';
     arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
     arrNavInfo[0] = 'gek';
     arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
     arrNavInfo[0] = 'ie';
     arrNavInfo[1] = 'Internet Explorer 5+';
```

-4-

```
    } else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
    }
    if (navigator.plugins != null && navigator.plugins.length > 0)
    {
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
            var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
            var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
            var descArray = [];
            var tempArrayMajor = [];
            var versionMajor = [];
            var tempArrayMinor = [];
            var versionMinor;
            descArray = lfDescription.split(' ');
            tempArrayMajor = descArray[2].split('.');
            versionMajor = tempArrayMajor[0];
            if (descArray[3] != '') {
                tempArrayMinor = descArray[3].split('r');
            } else {
                tempArrayMinor = descArray[4].split('r');
            }
            versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
            lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
    } else {
        for (var i = 8; i < 20; i++)
        {
            try {
                var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' +
i);
                if (objFlash) {
                    lfVersion = i;
                }
            } catch(e) {}
        }
    }
}
function runLFOW() {
    try {
        if (lf_PresPlay == 1) {
            lf_createCookie(lf_ID, 'on', -1);
            showLFOW_Video();
        } else if (lf_PresPlay == 2) {
            if (lf_readCookie(lf_ID) == 'no') {
                lf_createCookie(lf_ID, 'on');
                showLFOW_Video();
            }
        } else if (lf_PresPlay == 3) {
            if (lf_readCookie(lf_ID) == 'no') {
                lf_createCookie(lf_ID, 'on', lf_PresPlayDays);
                showLFOW_Video();
            }
        }
    } catch(e) {
```

```
                showLFOW_Video();
        }
}
if (lfVersion >= 8) {
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        if (window.addEventListener) window.addEventListener('load',
runLFOW, false);
                        else if (window.attachEvent) window.attachEvent('onload', runLFOW);
                } catch(e) {
                        showLFOW_Video();
                }
        } else {
                showLFOW_Video();
        }
}
function showLFOW_Video()
{
        if ((lf_Position !== 2) && (arrNavInfo[0] !== 'na')) {
                try {
                        var lfDiv = document.createElement('div');
                        if (lfDiv === undefined) {
                                lf_Position = 'err';
                        } else if (lfDiv == null) {
                                lf_Position = 'err';
                        } else {
                                lfDiv.id = divID;
                                lfDiv.style.position = 'absolute';
                                lfDiv.style.zIndex = 9999;
                                if (lf_Position == 1) {
                                        lfDiv.style.left = lf_OffSet_Left_Position;
                                        lfDiv.style.top = lf_OffSet_Top_Position;
                                } else {
                                        lfDiv.style.left = 0;
                                        lfDiv.style.top = 0;
                                }
                                lfDiv.style.height = lf_SWF_File_Height;
                                lfDiv.style.width = lf_SWF_File_Width;
                                lfDiv.style.visibility = 'visible';
                        }
                } catch(e) {
                        lf_Position = 'err';
                }
        }
        compileLFOW()
        if ((lf_Position !== 2) && (lf_Position !== 'err') && (arrNavInfo[0] !==
'na')) {
                lfDiv.innerHTML = lfString;
                document.body.appendChild(lfDiv);
        } else if (lf_Position !== 2) {
                document.write( '<div id="' + divID +'" style="position: absolute;z-
index: 999;left: 0px;top: 0px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        } else {
                document.write( '<div id="' + divID +'" style="position: relative;z-
index: 999;left: ' + lf_OffSet_Left_Position + 'px;top: ' +
```

```
lf_OffSet_Top_Position + 'px;height: '+ lf_SWF_File_Height +'px;width: '+
lf_SWF_File_Width +'px;">'+ lfString +'</div>' );
        }
        if ((lf_Position !== 1) && lf_Position !== 2) {
            switch (arrNavInfo[0]) {
                case 'ie':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                    window.setInterval('ScrollHnd()', 30);
                break;
                case 'gek':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
                case 'opr':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'kde':
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'wtv':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
            }
            ScrollHnd();
        }
    }
    function ScrollHnd()
    {
        var divScroll;
        var wnd;
        var screenWd = 0;
        var screenHt = 0;
        var screenX = 0;
        var screenY = 0;
        var objDoc;
        var divLeft = 0;
        var divTop = 0;

        objDoc = document;
        wnd = window;

        if (objDoc.getElementById) {
            divScroll = objDoc.getElementById(divID);
            if (divScroll.style) {
```

```
                    divScroll = divScroll.style;
            }
      }
      if (window.innerHeight)
      {
            screenHt = wnd.innerHeight;
            screenWd = wnd.innerWidth;
      }
      else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
      {
            screenWd = objDoc.documentElement.clientWidth;
            screenHt = objDoc.documentElement.clientHeight;

      }
      else if (objDoc.body && ( objDoc.body.clientWidth ||
objDoc.body.clientHeight ))
      {
            screenWd = objDoc.body.clientWidth;
            screenHt = objDoc.body.clientHeight;
      }
      if (window.innerHeight)
      {
            screenY = wnd.pageYOffset;
            screenX = wnd.pageXOffset;
      }
      else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
      {
            screenY = objDoc.body.scrollTop;
            screenX = objDoc.body.scrollLeft;
      }
      else      if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft
|| objDoc.documentElement.scrollTop ))
      {
            screenY = objDoc.documentElement.scrollTop;
            screenX = objDoc.documentElement.scrollLeft;
      }
      divLeft = divLeft + lf_divHorPos;
      divTop = divTop + lf_divVerPos;
      divLeft = divLeft + screenX;
      divTop = divTop + screenY;
      if (lf_Position_Dynamic == 6) {
            divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
      } else if (lf_Position_Dynamic == 7) {
            divLeft = divLeft + (screenWd - lf_SWF_File_Width);
            divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
      } else if (lf_Position_Dynamic == 8) {
            divLeft = divLeft +((screenWd / 2) - (lf_SWF_File_Width / 2));
            divTop = divTop + (screenHt - lf_SWF_File_Height);
      } else if (lf_Position_Dynamic == 9) {
            divTop = divTop + ((screenHt / 2) - (lf_SWF_File_Height / 2));
      } else {
            if (lf_Position_Dynamic == 5)
            {
                  divLeft = divLeft + ((screenWd / 2) - (lf_SWF_File_Width / 2));
                  divTop = divTop - ((screenHt / 2) - (lf_SWF_File_Height / 2));
```

```
        }
        if (( lf_Position_Dynamic % 2 ) == 0)
        {
            divLeft = divLeft + (screenWd - lf_SWF_File_Width);
        }
        if (( lf_Position_Dynamic < 3 ) == false)
        {
            divTop = divTop + (screenHt - lf_SWF_File_Height);
        }
    }
    divScroll.left = divLeft + 'px';
    divScroll.top = divTop + 'px';
}
function compileLFOW()
{
    lfParamString = '?lfID=' + lf_ID
    lfParamString += '&cOMW=' + lf_cOMW
    if (lf_cOMURL == '') {
        lfParamString += '&cOMURL=http://www.livefaceonweb.com'
    } else {
        lfParamString += '&cOMURL=' + escape(lf_cOMURL)
    }
    lfParamString += '&cOMWP=' + lf_cOMWP
    lfParamString += '&tDLB=' + lf_tDLB
    lfParamString += '&tDLA=' + lf_tDLA
    lfParamString += '&fIE=' + lf_fIE
    lfParamString += '&fIET=' + lf_fIET
    lfParamString += '&fIEP=' + lf_fIEP
    lfParamString += '&fOE=' + lf_fOE
    lfParamString += '&fOET=' + lf_fOET
    lfParamString += '&pBBE=' + lf_pBBE
    lfParamString += '&pBBBOF=' + lf_pBBBOF
    lfParamString += '&pBAE=' + lf_pBAE
    lfParamString += '&pBAOF=' + lf_pBAOF
    lfParamString += '&rOTPE=' + lf_rOTPE
    if (lf_rOTPURL == '') {
        lfParamString += '&rOTPURL=none'
    } else {
        lfParamString += '&rOTPURL=' + escape(lf_rOTPURL)
    }
    lfParamString += '&sFRAME=' + lf_sFRAME
    if (lf_AffiliateID == '') {
        lfParamString += '&lfAffiliateID=none'
    } else {
        lfParamString += '&lfAffiliateID=' + lf_AffiliateID
    }
    if (document.location.href == '') {
        lfParamString += '&sURL_Site=none'
    } else {
        lfParamString += '&sURL_Site=' + escape(document.location.href);
    }
    lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' id='obj" +
lf_ID + "' align='middle'
codebase='https://download.macromedia.com/pub/shockwave/cabs/flash/swflash.cab#v
ersion=8,0,24,0' >";
```

-9-

```
        lfString += "<param name='movie' value='" + lf_URL + 'lfow.swf' +
lfParamString + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL + 'lfow.swf' + lfParamString + "'
allowScriptAccess='always' quality='high' wmode='transparent' loop='false'
width='" + lf_SWF_File_Width + "' height='" + lf_SWF_File_Height + "' name='obj"
+ lf_ID + "' align='middle' type='application/x-shockwave-flash'
pluginspage='https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
}
function lf_createCookie(strName, strValue, strDays)
{
    if (strDays) {
        var date = new Date();
        date.setTime(date.getTime() + (strDays * 24 * 60 * 60 * 1000));
        var expires = '; expires=' + date.toGMTString();
    } else var expires = '';
    document.cookie = strName + '=' + strValue + expires + '; path=/';
}
function lf_readCookie(strName) {
    var strNameplus = strName + '=';
    var arrCk = document.cookie.split(';');
    for (var i = 0; i < arrCk.length; i++) {
        var c = arrCk[i];
        while (c.charAt(0) == ' ') c = c.substring(1, c.length);
        if (c.indexOf(strNameplus) == 0) return c.substring(strNameplus.length,
c.length);
    }
    return 'no';
}
```

LC COPYRIGHT
0 025 139 365 5

**EXHIBIT A2**

Additional Certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number:**
## TXu 1-610-441

**Effective date of
registration:**

December 20, 2007

## Title

**Title of Work:** LIVE FACE ON WEB, LLC -- Javascript Version 7.0.0

## Completion/ Publication

**Year of Completion:** 2007

## Author

■ **Author:** Live Face on Web, LLC

**Author Created:** New text; chancfes in existinq text.

**Work made for hire:** Yes

**Citizen of:** United States

**Anonymous:** No            **Pseudonymous:** No

## Copyright claimant

**Copyright Claimant:** Live Face on Web, LLC

1300 Industrial Blvd., Suite 202, SouthamiDton., PA, 18966

## Limitation of copyright claim

**Material excluded from this claim:** Prior versions of this work.

**Previously registered:** No

**New material included in claim:** New text; changes to existing text.

## Certification

**Name:** Tristram R. Fall, III, authorized agent of Live Face on Web,
LLC

**Date:** December 13, 2007

Registration #:    TXU001610441

Service Request #:   1-41681852

Fox Rothschild LLP
Tristram Fall, III, Esquire
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291

# EXHIBIT B

view-source:http://web.archive.org/web/20130829011458/http://bfadvance.com/

```
1   <!DOCTYPE html>
2   <html>
3           <head>
4
5
6   <script type="text/javascript" src="/static/js/analytics.js"></script>
7   <script type="text/javascript">archive_analytics.values.server_name="wwwb-
    app11.us.archive.org";archive_analytics.values.server_ms=157;</script>
8   <link type="text/css" rel="stylesheet" href="/static/css/banner-styles.css"/>
9
10
11              <meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
12  <title>Small Business Loans | Cash Advance Financing | BFAdvance.com</title>
13  <meta name="keywords" content="small business loans, small business loan, business cash
    advance, commercial cash advance, corporate cash advance, business finance loan, business
    line of credit, commercial loan, bad credit business loans, fast business loans, franchise
    loans, high risk loans, restaurant financing, restaurant business loans, credit card debts,
    business financing, secured business loans, small business finance, small business
    financing, small business start up loan, working capital finance, loans" />
14  <meta name="description" content="Get the working capital for your business without any
    hassles: Welcome to BFAdvance.com and welcome to cash advance financing that beat out
    typical Small Business Loans feature for feature, with no collateral for you to put up, no
    personal guaranty that needs to be made, and absolutely no UCC filing whatsoever!" />
15  <meta name="robots" content="index, follow" />
16  <meta name="googlebot" content="index, follow" />
17  <link rel="stylesheet" type="text/css" href="assets/css/shadowbox.css" />
18  <link rel="stylesheet" type="text/css" href="assets/css/style.css" />   </head>
19          <body>
20
21
22  <!-- BEGIN WAYBACK TOOLBAR INSERT -->
23  <script type="text/javascript" src="/static/js/disclaim-element.js" ></script>
24  <script type="text/javascript" src="/static/js/graph-calc.js" ></script>
25  <script type="text/javascript" src="/static/jflot/jquery.min.js" ></script>
26  <script type="text/javascript">//<![CDATA[
27  var __wm = (function(){
28  var wbPrefix = "/web/";
29  var wbCurrentUrl = "http://bfadvance.com/";
30
31  var firstYear = 1996;
32  var imgWidth = 500,imgHeight = 27;
33  var yearImgWidth = 25,monthImgWidth = 2;
34  var displayDay = "29";
35  var displayMonth = "Aug";
36  var displayYear = "2013";
37  var prettyMonths =
    ["Jan","Feb","Mar","Apr","May","Jun","Jul","Aug","Sep","Oct","Nov","Dec"];
38  var $D=document,$=function(n){return document.getElementById(n)};
39  var trackerVal,curYear = -1,curMonth = -1;
40  var yearTracker,monthTracker;
41  function showTrackers(val) {
42    if (val===trackerVal) return;
43    var $ipp=$("wm-ipp");
44    var $y=$("displayYearEl"),$m=$("displayMonthEl"),$d=$("displayDayEl");
45    if (val) {
46      $ipp.className="hi";
47    } else {
48      $ipp.className="";
49      $y.innerHTML=displayYear;$m.innerHTML=displayMonth;$d.innerHTML=displayDay;
50    }
51    yearTracker.style.display=val?"inline":"none";
```

```
52    monthTracker.style.display=val?"inline":"none";
53    trackerVal = val;
54  }
55  function getElementX2(obj) {
56    var $e=jQuery(obj);
57    return (typeof $e=="undefined"||typeof $e.offset=="undefined")?
58      getElementX(obj):Math.round($e.offset().left);
59  }
60  function trackMouseMove(event,element) {
61    var eventX = getEventX(event);
62    var elementX = getElementX2(element);
63    var xOff = Math.min(Math.max(0, eventX - elementX),imgWidth);
64    var monthOff = xOff % yearImgWidth;
65
66    var year = Math.floor(xOff / yearImgWidth);
67    var monthOfYear = Math.min(11,Math.floor(monthOff / monthImgWidth));
68    // 1 extra border pixel at the left edge of the year:
69    var month = (year * 12) + monthOfYear;
70    var day = monthOff % 2==1?15:1;
71    var dateString = zeroPad(year + firstYear) + zeroPad(monthOfYear+1,2) +
72      zeroPad(day,2) + "000000";
73
74    $("displayYearEl").innerHTML=year+firstYear;
75    $("displayMonthEl").innerHTML=prettyMonths[monthOfYear];
76    // looks too jarring when it changes..
77    //$("displayDayEl").innerHTML=zeroPad(day,2);
78    var url = wbPrefix + dateString + '/' +  wbCurrentUrl;
79    $("wm-graph-anchor").href=url;
80
81    if(curYear != year) {
82      var yrOff = year * yearImgWidth;
83      yearTracker.style.left = yrOff + "px";
84      curYear = year;
85    }
86    if(curMonth != month) {
87      var mtOff = year + (month * monthImgWidth) + 1;
88      monthTracker.style.left = mtOff + "px";
89      curMonth = month;
90    }
91  }
92  function hideToolbar() {
93    $("wm-ipp").style.display="none";
94  }
95  function bootstrap() {
96    var $spk=$("wm-ipp-sparkline");
97    yearTracker=$D.createElement('div');
98    yearTracker.className='yt';
99    with(yearTracker.style){
100     display='none';width=yearImgWidth+"px";height=imgHeight+"px";
101   }
102   monthTracker=$D.createElement('div');
103   monthTracker.className='mt';
104   with(monthTracker.style){
105     display='none';width=monthImgWidth+"px";height=imgHeight+"px";
106   }
107   $spk.appendChild(yearTracker);
108   $spk.appendChild(monthTracker);
109
110   var $ipp=$("wm-ipp");
111   $ipp&&disclaimElement($ipp);
112
```

view-source:web.archive.org/web/20130829011458/http://bfadvance.com/

```
113        }
114        return{st:showTrackers,mv:trackMouseMove,h:hideToolbar,bt:bootstrap};
115        })();//]]>
116      </script>
117      <style type="text/css">
118      body {
119        margin-top:0 !important;
120        padding-top:0 !important;
121        min-width:800px !important;
122      }
123      </style>
124      <div id="wm-ipp" lang="en" style="display:none;">
125
126      <div style="position:fixed;left:0;top:0;width:100%!important">
127      <div id="wm-ipp-inside">
128        <table style="width:100%;"><tbody><tr>
129        <td id="wm-logo">
          <a href="/web/" title="Wayback Machine home page"><img
       src="/static/images/toolbar/wayback-toolbar-logo.png" alt="Wayback Machine" width="110"
       height="39" border="0" /></a>
130        </td>
131        <td class="c">
132          <table style="margin:0 auto;"><tbody><tr>
133          <td class="u" colspan="2">
134          <form target="_top" method="get" action="/web/form-submit.jsp" name="wmtb"
       id="wmtb"><input type="text" name="url" id="wmtbURL" value="http://bfadvance.com/"
       style="width:400px;" onfocus="this.focus();this.select();" /><input type="hidden"
       name="type" value="replay" /><input type="hidden" name="date" value="20130829011458" />
       <input type="submit" value="Go" /><span id="wm_tb_options" style="display:block;"></span>
       </form>
135          </td>
136          <td class="n" rowspan="2">
137            <table><tbody>
138            <!-- NEXT/PREV MONTH NAV AND MONTH INDICATOR -->
139            <tr class="m">
140              <td class="b" nowrap="nowrap">
141
142                  <a href="/web/20130726145329/http://www.bfadvance.com/" title="26 Jul
       2013">JUL</a>
143
144                </td>
145                <td class="c" id="displayMonthEl" title="You are here: 1:14:58 Aug 29,
       2013">AUG</td>
146                <td class="f" nowrap="nowrap">
147
148                  <a href="/web/20130929145141/http://bfadvance.com/" title="29 Sep
       2013"><strong>SEP</strong></a>
149
150                </td>
151              </tr>
152            <!-- NEXT/PREV CAPTURE NAV AND DAY OF MONTH INDICATOR -->
153            <tr class="d">
154              <td class="b" nowrap="nowrap">
155
156                  <a href="/web/20130726145329/http://www.bfadvance.com/" title="14:53:29
       Jul 26, 2013"><img src="/static/images/toolbar/wm_tb_prv_on.png" alt="Previous capture"
       width="14" height="16" border="0" /></a>
157
158                </td>
159                <td class="c" id="displayDayEl" style="width:34px;font-size:24px;"
```

viewsource web.archive.org/web/20130829011458/http://bfadvance.com/

```
      title="You are here: 1:14:58 Aug 29, 2013">29</td>
160                      <td class="f" nowrap="nowrap">
161
162                              <a href="/web/20130929145141/http://bfadvance.com/" title="14:51:41 Sep
      29, 2013"><img src="/static/images/toolbar/wm_tb_nxt_on.png" alt="Next capture" width="14"
      height="16" border="0" /></a>
163
164                      </td>
165              </tr>
166              <!-- NEXT/PREV YEAR NAV AND YEAR INDICATOR -->
167              <tr class="y">
168                      <td class="b" nowrap="nowrap">
169
170                              <a href="/web/20120523022544/http://www.bfadvance.com/" title="23 May
      2012"><strong>2012</strong></a>
171
172                      </td>
173                      <td class="c" id="displayYearEl" title="You are here: 1:14:58 Aug 29,
      2013">2013</td>
174                      <td class="f" nowrap="nowrap">
175
176                              <a href="/web/20140831065243/http://www.bfadvance.com/" title="31 Aug
      2014"><strong>2014</strong></a>
177
178                      </td>
179              </tr>
180              </tbody></table>
181          </td>
182          </tr>
183          <tr>
184          <td class="s">
185                  <a class="t" href="/web/20130829011458*/http://bfadvance.com/" title="See a list
      of every capture for this URL">57 captures</a>
186                  <div class="r" title="Timespan for captures of this URL">6 Jul 09 - 16 Dec
      14</div>
187          </td>
188          <td class="k">
189          <a href="" id="wm-graph-anchor">
190          <div id="wm-ipp-sparkline" title="Explore captures for this URL">
191            <img id="sparklineImgId" alt="sparklines"
192                      onmouseover="__wm.st(1)" onmouseout="__wm.st(0)"
193                      onmousemove="__wm.mv(event,this)"
194                      width="500"
195                      height="27"
196                      border="0"
197                      src="/web/jsp/graph.jsp?
      graphdata=500_27_1996:-1:000000000000_1997:-1:000000000000_1998:-1:000000000000_1999:-1:000
      000000000_2000:-1:000000000000_2001:-1:000000000000_2002:-1:000000000000_2003:-1:0000000000
      00_2004:-1:000000000000_2005:-1:000000000000_2006:-1:000000000000_2007:-1:000000000000_2008
      :-1:000000000000_2009:-1:000000220110_2010:-1:111210000000_2011:-1:010001122221_2012:-1:111
      140000210_2013:7:200021111035_2014:-1:100010020101_2015:-1:000000000000" />
198          </div>
199          </a>
200          </td>
201          </tr></tbody></table>
202      </td>
203      <td class="r">
204          <a href="#close" onclick="__wm.h();return false;" style="background-
      image:url(/static/images/toolbar/wm_tb_close.png);top:5px;" title="Close the
      toolbar">Close</a>
```

```
205          <a href="http://faq.web.archive.org/" style="background-
     image:url(/static/images/toolbar/wm_tb_help.png);bottom:5px;" title="Get some help using
     the Wayback Machine">Help</a>
206      </td>
207     </tr></tbody></table>
208  </div>
209  </div>
210  </div>
211  <script type="text/javascript">__wm.bt();</script>
212  <!-- END WAYBACK TOOLBAR INSERT -->
213
214          <div class="mainContaner">
215              <div class="headContaner">
216                  <div class="headCrvLeft"></div>
217  <div class="headArea">
218      <div class="logoHolder">
219          <h1><a href="index.html"></a></h1>
220      </div>
221      <div class="callTop">1-888-306-6720</div>
222      <div class="menuContaner">
223          <!--<div id="navcontainer">-->
224          <ul id="nav">
225              <!-- CSS Tabs -->
226              <li id="active"><a href="index.html">Home</a></li>
227              <li><a href="business-cash-advance.html">Merchant Cash Advance</a>
     </li>
228              <li><a href="step-by-step.html">Step By Step</a></li>
229              <li>
230                  <a href="merchant_funding_services.html">Merchant Funding
     Services</a>
231                  <ul class="sub">
232                      <li><a
     href="merchant_credit_card_advance.html">Merchant Credit Card Advance</a></li>
233                      <li><a href="merchant_business_loans.html">Merchant
     Business Loans</a></li>
234                      <li><a
     href="business_equipment_financing.html">Business Equipment Leasing</a></li>
235                      <li><a
     href="merchant_equipment_financing.html">Equipment Financing</a></li>
236                      <li><a
     href="unsecured_business_loans.html">Unsecured Business Loans</a></li>
237                  </ul>
238              </li>
239              <li><a href="about-us.html">About Us</a></li>
240              <li><a href="faqs.html">FAQs</a></li>
241              <li id="last"><a href="contact-us.html">Contact Us</a></li>
242          </ul>
243          <!--</div>-->
244      </div>
245  </div>
246  <div class="headCrvRight"></div>                    </div>
247                  <div class="bannerContaner">
248      <div class="sliderLeft">
249          <div id="slider">
250              <ul id="sliderContent">
251                  <li class="sliderImage"> <img src="assets/img/1.jpg"
     alt="1" /> <span class="bottom"><!--<strong>Title text 1</strong><br />-->
252                      Need a Merchant Loan or Merchant Cash Advance ? Get Instant
     Approval,  Fill In The Form or Call Us Now <b>1-888-306-6720</b></span></li>
253                  <li class="sliderImage"> <img src="assets/img/2.jpg"
```

```
                        alt="2" /> <span class="bottom">
254                                           Need a Merchant Loan or Merchant Cash Advance ? Get Instant
       Approval,  Fill In The Form or Call Us Now <b>1-888-306-6720</b></span></li>
255                                <li class="sliderImage"> <img src="assets/img/3.jpg"
       alt="3" /> <span class="bottom">
256                                           Need a Merchant Loan or Merchant Cash Advance ? Get Instant
       Approval,  Fill In The Form or Call Us Now <b>1-888-306-6720</b></span></li>
257                                <li class="sliderImage"> <img src="assets/img/4.jpg"
       alt="3" /> <span class="bottom">
258                                           Need a Merchant Loan or Merchant Cash Advance ? Get Instant
       Approval,  Fill In The Form or Call Us Now <b>1-888-306-6720</b></span></li>
259                                <li class="sliderImage"> <img src="assets/img/5.jpg"
       alt="3" /> <span class="bottom">
260                                           Need a Merchant Loan or Merchant Cash Advance ? Get Instant
       Approval,  Fill In The Form or Call Us Now <b>1-888-306-6720</b></span></li>
261                        <div class="clear sliderImage"></div>
262                        </ul>
263                    </div>
264        </div>
265            <div class="formContaner">
266                    <div style="width:460px; height:310px;">
267                        <a href="/web/20130829011458/http://vip.bfadvance.com/"
       target="_parent">
268                            <img src="assets/img/apply-to-vip-iframe.jpg" width="460"
       height="310" border="0" />
269                        </a>
270                    </div>
271            </div>
272   </div>                     <div class="bannerBotom">
273        <div class="title">  HOW IT WORKS  </div>
274   </div>
275   <div class="welcomContaner">
276        <p>Small Business Loans... why bother with all the paperwork when there is an
       unsecured financing option from BFAdvance.com. It's everything you need right now, right
       away! It's all based on your future credit card sales: Very simply, we will advance you the
       cash you need now, and you pay us back from your future credit card proceeds. </p>
277        <p>Unlike the case with small business loans, you won't need to worry about making
       a fixed amount every month as we will only deduct a small percentage of your daily credit
       card batches until you are paid in full. A big advantage of the program is that you pay us
       back only as you do business. So if things get slow (as happens in any business), you don't
       have to worry about a monthly loan payment you must make! We will simply deduct the same
       agreed upon percentage regardless of how much it is </p>
278        <p>Since the program is based on your credit card sales only, you can take as long
       as you need to pay back as long as it's within the normal course of business. You keep 100%
       of the cash and checks you take in!</p>
279   </div>                  <div class="boxContaner">
280        <div class="leftBottom">
281            <div class="botHead">
282                <h5>The Bf Advance Advantage</h5>
283            </div>
284            <div>
285                <ul>
286                        <li>Get Up To $250,000 per location</li>
287                        <li>95% Approval Rate</li>
288                        <li>24 Hour Approval!</li>
289                        <li>Receive Funds in 7 Days or Less</li>
290                        <li>No Application Fees</li>
291                        <li>No Fixed Payments</li>
292                        <li>No Bank hassles</li>
293                        <li>No collateral required</li>
```

```
294                        <li>No personal guarantee</li>
295                        <li>No UCC filing on your personal credit report</li>
296                        <li>Low credit scores OK</li>
297                        <li>No Tax Returns Required</li>
298                    </ul>
299                </div>
300            </div>
301            <div class="leftBottom">
302                <div class="botHeadMidd">
303                    <h5>The Bf Advance Advantage</h5>
304                </div>
305                <ul>

306                        <li><strong>Interest Rate as Low as 12.99%</strong></li>
307                        <li><strong>No Late Payment Fee</strong></li>
308                        <li>Working Capital</li>
309                        <li>Purchase New Equipment</li>
310                        <li>Inventory</li>
311                        <li>Advertising</li>
312                        <li>Business Debt</li>
313                        <li>Seasonal Merchandise</li>
314                        <li>Remodeling</li>
315                        <li>In Compliance with all State and Local Regulations</li>
316                        <li>... or   anything you like!</li>
317                </ul>
318            </div>
319            <div class="leftBottom">
320                <div class="botHead">
321                    <h5>Request a Call</h5>
322                </div>
323                <div align="center">
324                    <a rel="shadowbox;width=420;height=230" href="request-a-call-
form.php">
325                        <img src="assets/img/call.jpg" border="0" align="middle" />
326                    </a>
327                </div>
328            </div>
329    </div>
330    <div class="fooetrBox">
331        <div class="headCrvLeft"></div>
332        <div class="headArea">
333            <div class="boxlinks">
334                <a href="alternative_finance.html">alternative finance</a>|<a
     href="alternative_financing.html">alternative financing</a>|<a
     href="alternative_funding.html">alternative funding</a>|<a
     href="business_finance_loan.html">business finance loan</a>|<a
     href="bad_credit_business_loans.html">bad credit business loans</a>|<a
     href="business_line_of_credit.html">business line of credit</a>|<a
     href="business_cash_advance.html">business cash advance</a>|<a
     href="commercial_cash_advance.html">commercial cash advance</a>|<a
     href="commercial_loan.html">commercial loan</a>|<a
     href="corporate_cash_advance.html">corporate cash advance</a>|<a
     href="fast_business_loans.html">fast business loans</a>|<a
     href="franchise_loans.html">franchise loans</a>|<a
     href="high_risk_business_loans.html">high risk business loans</a>|<a
     href="merchant_cash_advance.html">merchant cash advance</a>|<a
     href="restaurant_business_loans.html">restaurant business loans</a>|<a
     href="restaurant_financing.html">restaurant financing</a>|<a
     href="secured_business_loans.html">secured business loans</a>|<a
     href="small_business_finance.html">small business finance</a>|<a
     href="small_business_financing.html">small business financing</a>|<a
```

```
        href="small_business_loans.html">small business loans</a>|<a
        href="small_business_start_up_loan.html">small business start up loan</a>|<a
        href="small_business_loan.html">small business loan</a>|<a
        href="working_capital.html">working capital</a>|<a
        href="working_capital_finance.html">working capital finance</a>|<a
        href="merchant_equipment_financing.html">merchant equipment financing</a>|<a
        href="unsecured_business_loans.html">unsecured business loans</a>|<a
        href="franchise_financing.html">franchise financing</a>|<a
        href="business_equipment_financing.html">business equipment financing</a>|<a
        href="merchant_service_companies.html">merchant service companies</a>|<a href="credit-card-
        application.html">credit card processing</a>|<a href="franchise_financing.html">franchise
        financing</a>|<a href="merchant_credit_card_cash_advance.html">merchant credit card cash
        advance</a>|<a href="merchant_service_companies.html">merchant service companies</a>
335                     </div>
336             </div>
337             <div class="headCrvRight"></div>
338 </div>
339 <div class="footerInner">
340         <a href="index.html">Home</a> | <a href="business-cash-advance.html">Merchant Cash
        Advance</a> | <a href="step-by-step.html">Step By Step</a> | <a href="credit-card-
        application.html">Credit Card Processing</a> | <a href="about-us.html">About Us</a> | <a
        href="faqs.html">FAQs</a> | <a href="resource.html">Resource</a> | <a href="contact-
        us.html">Contact Us</a> |<a href="rss.xml"> RSS</a> | <a href="business-finance-
        advance.html">Business Finance Advance</a> |<a href="sitemap.html"> Sitemap</a> | <a
        href="/web/20130829011458/http://bfadvance.com/merchant-services/">Merchant Services</a>
341         <p> <a href="/web/20130829011458/http://www.ny-chamber.com/directory_listing.asp?
        id=8168" target="_blank"><img src="assets/img/chamber-member-logo-2013.png" height="80" />
        </a></p>
342         <p> Copyright &copy; Business Finance Advance, All Rights Reserved. | <a
        href="responsible_lending.html">Responsible Lending</a> | <a
        href="/web/20130829011458/http://eepurl.com/BEiRD" target="_blank">Subscribe to our
        newsletter</a></p>
343         <p>
344         <script type="text/javascript">
345         if(screen.width>600) {
346         var script = document.createElement('script');
347         script.type = 'text/javascript';
348         script.id = 'my_vsp';
349         script.src = '/web/20130829011458/http://tweople.com/client/ip_player.js?
        swf=/web/20130829011458/http://tweople.com/client/new_main.swf&flv=/web/20130829011458/http
        ://flash.yourvideopartner.com/complete/11121244b.flv&start=normal&close=shrink&play_when=1&
        align_right=true&show_loading=yes&width=560&height=420&vlm=80&x_off=280';
350         document.body.appendChild(script);
351         }
352         </script>
353         </p>
354         <!-- BEGIN Comm100 Live Chat Button Code -->
355         <link
        href="/web/20130829011458cs_/https://chatserver.comm100.com/css/comm100_livechatbutton.css"
        rel="stylesheet" type="text/css"/>
356         <a href="/web/20130829011458/http://www.comm100.com/livechat" target="_blank"
        onclick="comm100_120371.openChatWindow(event,1902,-1);return false;">
357         <img style="border:0px" id="comm100_ButtonImage"
        src="/web/20130829011458im_/https://www.comm100.com/BBS.aspx?
        siteId=120371&amp;planId=1902&amp;partnerId=-1"></img>
358         </a>
359         <script src="/web/20130829011458js_/https://chatserver.comm100.com/js/LiveChat.js?
        siteId=120371&amp;planId=1902&amp;partnerId=-1" type="text/javascript"></script>
360         <div id="comm100_ChatButton">
361             <div id="comm100_warp">
362                 <div id="comm100_dvhelp">
```

```
363              <div id="comm100_track">
364                      <a
href="/web/20130829011458/http://www.comm100.com/livechat/" target="_blank"><b>Live
Chat</b></a> by <a style="color:#009999;cursor:pointer;"
onclick="javascript:document.getElementById('comm100_dvbox').style.display='';">Comm100</a>
365                      </div>
366              </div>
367              <div id="comm100_dvbox" class="comm100_dvbox_css"
style="display:none;" onmouseover="this.style.display=''"
onmouseout="this.style.display='none'">
368                      <div class="comm100_dvcontent_css">
369                      <p class="comm100_ptitle_css"><b><a
href="/web/20130829011458/http://www.comm100.com/" target="_blank"
class="comm100_atitle_css" >Comm100</a> Products:</b></p>
370                      <ul class="comm100_ulbox_css">
371                      <li style="display:none;"
class="comm100_onelinone"> </li>
372                      <li><a
href="/web/20130829011458/http://www.comm100.com/livesupport/" target="_blank">Live
Support</a> Software</li>
373                      <li><a
href="/web/20130829011458/http://www.comm100.com/emailmarketing/" target="_blank">Email
Marketing</a></li>
374                      <li><a
href="/web/20130829011458/http://www.comm100.com/emailmarketing/" target="_blank">Email
Marketing Software</a></li>
375                      <li><a
href="/web/20130829011458/http://www.comm100.com/helpdesk/" target="_blank">Help Desk</a>
Software</li>
376                      <li><a
href="/web/20130829011458/http://www.comm100.com/emailmarketing/emailmarketingtips.aspx"
target="_blank">Email Marketing Tips</a></li>
377                      <li><a
href="/web/20130829011458/http://www.comm100.com/ticket/" target="_blank">Support
Ticket</a> Software</li>
378                      </ul>
379                      </div>
380              </div>
381          </div>
382      </div>
383      <!-- End Comm100 Live Chat Button Code -->
384 </div>          </div>
385          <script type="text/javascript">
386 var _gaq = _gaq || [];
387 _gaq.push(['_setAccount', 'UA-3186972-62']);
388 _gaq.push(['_trackPageview']);
389
390 (function() {
391 var ga = document.createElement('script'); ga.type = 'text/javascript'; ga.async = true;
392 ga.src = ('https:' == document.location.protocol ? '/web/20130829011458/https://ssl' :
'/web/20130829011458/http://www') + '.google-analytics.com/ga.js';
393 var s = document.getElementsByTagName('script')[0]; s.parentNode.insertBefore(ga, s);
394 })();
395 </script>
396
397 <!-- Google Code for Remarketing tag -->
398 <!-- Remarketing tags may not be associated with personally identifiable information or
placed on pages related to sensitive categories. For instructions on adding this tag and
more information on the above requirements, read the setup guide:
google.com/ads/remarketingsetup -->
399 <script type="text/javascript">
```

Case 1:15-cv-07415-CBA-SJB Document 1 Filed 12/30/15 Page 38 of 54 PageID #: 38

```
400  /* <![CDATA[ */
401  var google_conversion_id = 1036578736;
402  var google_conversion_label = "90KCCNjKwwMQsN-j7gM";
403  var google_custom_params = window.google_tag_params;
404  var google_remarketing_only = true;
405  /* ]]> */
406  </script>
407  <script type="text/javascript"
     src="/web/20130829011458js_/http://www.googleadservices.com/pagead/conversion.js">
408  </script>
409  <noscript>
410  <div style="display:inline;">
411  <img height="1" width="1" style="border-style:none;" alt=""
     src="/web/20130829011458im_/http://googleads.g.doubleclick.net/pagead/viewthroughconversion
     /1036578736/?value=0&amp;label=90KCCNjKwwMQsN-j7gM&amp;guid=ON&amp;script=0"/>
412  </div>
413  </noscript>
414
415  <!-- captcha START -->
416  <script type="text/javascript" src="assets/js/md5.js"></script>
417  <script type="text/javascript" src="assets/js/jcap.js"></script>
418  <!-- captcha END -->
419
420  <script type="text/javascript" src="assets/js/general.js"></script>
421
422  <script type="text/javascript" src="assets/js/shadowbox.js"></script>
423  <script type="text/javascript">
424  Shadowbox.init({
425          language: 'en',
426          players:  ['img', 'html', 'iframe', 'qt', 'wmp', 'swf', 'flv']
427  });
428  </script>
429
430  <!-- referral tracking START -->
431  <script type="text/javascript">
432  var refer_site = document.referrer;
433  document.write(unescape("%3Cscript src='assets/js/refer1.php?ref=" + refer_site + "'
     type='text/javascript'%3E%3C/script%3E"));
434  </script>
435  <!-- referral tracking END -->
436
437  <script type="text/javascript"
     src="/web/20130829011458js_/http://ajax.googleapis.com/ajax/libs/jquery/1.4.2/jquery.min.js
     "></script>
438  <script type="text/javascript" src="assets/js/s3Slider.js"></script>
439  <script type="text/javascript">
440  $(document).ready(function() {
441          $('#slider').s3Slider({
442                  timeOut: 3000
443          });
444  });
445  </script>        </body>
446  </html>
447
448
449
450
451  <!--
452      FILE ARCHIVED ON 1:14:58 Aug 29, 2013 AND RETRIEVED FROM THE
453      INTERNET ARCHIVE ON 19:15:53 Mar 3, 2015.
454
```

```
455
456
457
458
459
```

          JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

          ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
          SECTION 108(a)(3)).
-->

# EXHIBIT C

ip_player

```
/*
        FILE ARCHIVED ON 10:30:22 Aug 19, 2013 AND RETRIEVED FROM THE
        INTERNET ARCHIVE ON 19:05:39 Mar 3, 2015.
        JAVASCRIPT APPENDED BY WAYBACK MACHINE, COPYRIGHT INTERNET ARCHIVE.

        ALL OTHER CONTENT MAY ALSO BE PROTECTED BY COPYRIGHT (17 U.S.C.
        SECTION 108(a)(3)).
*/
function parseGetVars(url) {
        var map = {};
        var parts = url.replace(/[?&]+([^=&]+)=([^&]*)/gi, function(m,key,value) {
        map[key] = value;
        });
        return map;
}
var getVars = parseGetVars(document.getElementById('my_vsp').src);

var my_swf = getVars['swf'];
var vsp_flv = getVars['flv'];
var vsp_flv2 = getVars['flv2'];

var x_off = getVars['x_off'];


        var ma_a = getVars['width'] / 480;
        var ma_b = 200 * ma_a;
        var w = Math.round(ma_b);

        var ma_c = w / 200;
        var ma_d = 150 * ma_c;
        var h = Math.round(ma_d);
//var w = 200;
//var h = 150;

/* Playback Parameters */
if(getVars['start'] == 'mini')
{
        var shrink_on_start = 'yes';
}
else
{
        var shrink_on_start = 'no';
}

if(getVars['close'] == 'shrink')
{
        var shrink_on_end = 'yes';
        var shrink_on_stop = 'yes';
        var close_on_end = 'no';
        var close_on_stop = 'no';
}
else
{
        var shrink_on_end = 'no';
        var shrink_on_stop = 'no';
        var close_on_end = 'yes';
        var close_on_stop = 'yes';
}
```

ip_player

```
if(getVars['show_loading'] == '')
{
        var show_loading = 'yes';
}
else
{
        var show_loading = getVars['show_loading'];
}


if(getVars['vlm'] == '')
{
        var vlm = 80;
}
else
{
        var vlm = getVars['vlm'];
}

var vlm = getVars['vlm'];


var ip_mv4 = vsp_flv.replace('.flv','.m4v');

//alert(ip_mv4);

if (navigator.userAgent.match(/like Mac OS X/i)) {
        if(getVars['align_right'] == 'true'){
        document.write('<div id="iosbox" style="width:480px; height:400px;
position:fixed;
background:url(/web/20130819103022/https://tweople.com/graphics/ios_box_right.png);
right:0; bottom:0;"></div><div id="iosvideo" style="width:380px; height:380px;
overflow:hidden; position:fixed; right:0; bottom:9px;" align="center"><video
id="html5" class="html5" src="'+ip_mv4+'" height="360" width="390"
controls></video></div><a href=\'javascript:
document.getElementById("iosbox").style.display = "none";
document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div
id="iosarrow" style="width:60px; height:60px; position:fixed; z-index:99999;
right:400px; bottom:170px;"><img
src="/web/20130819103022/https://tweople.com/images/closetab_right.png"></div></a>')
;
        }
        else{
        document.write('<div id="iosbox" style="width:480px; height:400px;
position:fixed; background:url(/web/20130819103022/https://tweople.com/ios_box.png);
left:0; bottom:0;"></div><div id="iosvideo" style="width:380px; height:380px;
overflow:hidden; position:fixed; left:0; bottom:9px;" align="center"><video
id="html5" class="html5" src="'+ip_mv4+'" height="360" width="390"
controls></video></div><a href=\'javascript:
document.getElementById("iosbox").style.display = "none";
document.getElementById("iosarrow").style.display = "none";
document.getElementById("iosvideo").style.display = "none";
document.getElementById("html5").pause();\' style="text-decoration:none"><div
id="iosarrow" style="width:60px; height:60px; position:fixed; z-index:99999;
left:400px; bottom:170px;"><img
src="/web/20130819103022/https://tweople.com/images/closetab.png"></div></a>');
        }

} else {
```

ip_player

```
/*
        Switch Mode:
        1: Sequential
        2: Random
*/
var switchMode = 2;

/* Date Range:
        If set to false, the optional date range parameter is ignored
        If set to true .. the swf is only displayed if it falls on that reange.
*/
var useDateRange = false;

/*
        Properties are specified as follows:
        'url,width,height,lf_Position, lf_Position_Dynamic, lf_OffSet_Top_Position,
lf_OffSet_Left_Position,right_align,play_when,start_date,end_date,small_width,
small_height'
        play_when: 1=any, 2=first visit only, 3=subsequent visits
        date format: {m/d/y H:M} e.g. {9/1/09 13:15} or just the time {9:30}. if
blank, just use {}
*/
var arr_GLOBAL_SOURCE = new Array
(

my_swf+','+getVars['width']+','+getVars['height']+',3,3,0,0,'+getVars['align_right']
+','+getVars['play_when']+',{},{},'+'w+','+h

);
/* End Properties */



/*
YHeads-Player playerbase .JS file.
Version 1.5.0.0
Last Modified: 11/29/2009
*/


/* BEGIN --- cookie functions */

var firstVisit = true;

function getCookie(c_name) {
        if (document.cookie.length>0) {
                c_start=document.cookie.indexOf(c_name + "=");
                if (c_start!=-1) {
                        firstVisit = false;
                        c_start=c_start + c_name.length+1;
                        c_end=document.cookie.indexOf(";",c_start);
                        if (c_end==-1)
                                c_end=document.cookie.length;
                        return unescape(document.cookie.substring(c_start,c_end));
                }
        }
        return "";
}
```

```
                                ip_player
function setCookie(c_name,value,expiredays) {
        var exdate=new Date();
        exdate.setDate(exdate.getDate()+expiredays);
        document.cookie=c_name+ "=" +escape(value)+((expiredays==null) ? "" :
";expires="+exdate.toGMTString());
}

var cookieName = "swfID";
var cookieVal = getCookie(cookieName);
var swfIndex = 0;

/* END --- cookie functions */


/* START --- Date Check functions */
function validRange(s, e) {
        if ( !s && !e ) {
                return false;
        }
        var v = false;
        if ( s ) {
                v = validDate(s,true)
        }
        if ( e ) {
                var v_e = validDate(e,false)
                if ( v ) {
                        v = v_e;
                }
        }
        return v;
}

function validDate(dt,s) { //yy,mm,dd,hh,mm,ss

        if (!dt)
                return false;

        var today = new Date();

        dt = dt.replace('{', '');
        dt = dt.replace('}', '');
        var y = 0;
        var m = 0;
        var d = 0;
        var hh = 0;
        var mm = 0;

        var arr_dt = dt.split(' ');
        if ( arr_dt[0].split('/')[2]) {
                y = arr_dt[0].split('/')[2];
                m = arr_dt[0].split('/')[0] - 1;
                d = arr_dt[0].split('/')[1];
                if (arr_dt[1]) {
                        hh = arr_dt[1].split(':')[0];
                        mm = arr_dt[1].split(':')[1];
                }
                var v_dt = new Date(y, m, d, hh, mm ,0);
        }
        else if (arr_dt[0].split(':')[1]) { // only time is specified
                y = today.getFullYear();
                m = today.getMonth();
                d = today.getDate();
                hh = arr_dt[0].split(':')[0];
```

```
                                          ip_player
                    mm = arr_dt[0].split(':')[1];
                    var v_dt = new Date(y, m, d, hh, mm ,0);
            }

            var days = 0;
            var difference = 0;


            var v_dt = new Date(y, m, d, hh, mm ,0);
            //alert(v_dt.toString());
            difference = v_dt - today;

            days = Math.round(difference/(1000*60*60*24));

            //alert(dt + ' - ' + difference);
            //y + ', ' + m + ', ' + d + ', ' + hh + ', ' + mm + ', 0');
            //alert(v_dt + ' - ' + today + ' - ' + dt + ' - ' + days);

            if (difference < 0 && s) {
                    return true;
            }
            else if(difference > 0 && !s) {
                    return true;

            }
            return false;
    }

    /* END ------ Date Check functions */

    var arr_GLOBAL = new Array();

    if (useDateRange) {
            for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                    var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                    if ( validRange(arr_prop[9], arr_prop[10]) ) {
                            arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                    }
            }

            // if no dates are valid... just pick up the swfs with no date
            if (arr_GLOBAL.length == 0) {
                    for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
                            var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
                            if ( !arr_prop[9] && !arr_prop[10] ) {
                                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
                            }
                    }
            }
    }

    // at this point, arr_GLOBAL should have valid swfs by date
    // narrow down the source to just the filtered videos
    if (arr_GLOBAL.length > 0) {
            arr_GLOBAL_SOURCE = arr_GLOBAL;
            arr_GLOBAL = new Array();
    }

    // now filter by visit
    for ( var i=0; i<arr_GLOBAL_SOURCE.length; i++ ) {
            var arr_prop = arr_GLOBAL_SOURCE[i].split(',');
            if ( firstVisit && (arr_prop[8] == 1 || arr_prop[8] == 2) ) {
                    arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
```

```
                              ip_player
        }
        else if ( firstVisit == false && (arr_prop[8] == 1 || arr_prop[8] == 3) ) {
                arr_GLOBAL.push(arr_GLOBAL_SOURCE[i]);
        }
}

// if no movies quality, then ignore previous filter
/*
if (arr_GLOBAL.length > 0) {
        arr_GLOBAL = arr_GLOBAL_SOURCE;
}
*/

if ( cookieVal.length > 0 ) {

        if (switchMode == 1) {
                swfIndex = Math.round(cookieVal) + 1;
                if (swfIndex >= arr_GLOBAL.length) {
                        swfIndex = 0;
                }
        }
        else {
                swfIndex = Math.floor(Math.random()*(arr_GLOBAL.length))
        }
}

//alert('cookieVal: ' + cookieVal + '\nswitchMode: ' + switchMode + '\narr_GLOBAL: '
+ arr_GLOBAL + '\nswfIndex: ' + swfIndex);

setCookie(cookieName, swfIndex, 1);

if(cookieVal.length > 0 && getVars['play_when'] == 2) { }
else {
        var arr_SwfInfo = arr_GLOBAL[swfIndex].split(',');

        var lf_URL = arr_SwfInfo[0];
        var GLOBAL_WIDTH = arr_SwfInfo[1];
        var GLOBAL_HEIGHT = arr_SwfInfo[2];
        var lf_Position = arr_SwfInfo[3];
        var lf_Position_Dynamic = arr_SwfInfo[4];
        var lf_OffSet_Top_Position = arr_SwfInfo[5];
        var lf_OffSet_Left_Position = arr_SwfInfo[6];
        var rt_Align = arr_SwfInfo[7];
        var sm_GLOBAL_WIDTH = arr_SwfInfo[11];
        var sm_GLOBAL_HEIGHT = arr_SwfInfo[12];
        var lf_ID = 'O1010';
        var lfVersion = -1;
        var arrNavInfo = [];
        var lfString;
        var viewState = 1;


if ( shrink_on_start == undefined ) {
        shrink_on_start = "yes";
}
if ( shrink_on_stop == undefined ) {
        shrink_on_stop = "yes";
}
if ( close_on_stop == undefined ) {
        close_on_stop = "no";
}
if ( shrink_on_end == undefined ) {
```

Page 6

```
                                    ip_player
        shrink_on_end = "yes";
}
if ( close_on_end == undefined ) {
        close_on_end = "no";
}
if ( show_loading == undefined ) {
        show_loading = "yes";
}

var divID = 'div' + lf_ID;

arrNavInfo.navprop = navigator.userAgent.toLowerCase();

if (navigator.vendor == 'KDE' || ( document.childNodes && ( !document.all ||
navigator.accentColorName ) && !navigator.taintEnabled )) {
        arrNavInfo[0] = 'kde';
        arrNavInfo[1] = 'Safari';
} else if (window.opera && document.childNodes) {
        arrNavInfo[0] = 'opr';
        arrNavInfo[1] = 'Opera';
} else if (navigator.appName.indexOf('WebTV') + 1) {
        arrNavInfo[0] = 'wtv';
        arrNavInfo[1] = 'WebTV';
} else if (navigator.product == 'Gecko') {
        arrNavInfo[0] = 'gek';
        arrNavInfo[1] = 'Gecko engine (Mozilla, Netscape 6+ etc.)';
} else if (document.getElementById) {
        arrNavInfo[0] = 'ie';
        arrNavInfo[1] = 'Internet Explorer 5+';
} else {
        arrNavInfo[0] = 'na';
        arrNavInfo[1] = 'an unknown browser';
}
if (navigator.plugins != null && navigator.plugins.length > 0)
{
        if (navigator.plugins['Shockwave Flash 2.0'] || navigator.plugins['Shockwave
Flash']) {
                var swVer2 = navigator.plugins['Shockwave Flash 2.0'] ? ' 2.0' : '';
                var lfDescription = navigator.plugins['Shockwave Flash' +
swVer2].description;
                var descArray = [];
                var tempArrayMajor = [];
                var versionMajor = [];
                var tempArrayMinor = [];
                var versionMinor;
                descArray = lfDescription.split(' ');
                tempArrayMajor = descArray[2].split('.');
                versionMajor = tempArrayMajor[0];
                if (descArray[3] != '') {
                    tempArrayMinor = descArray[3].split('r');
                } else {
                    tempArrayMinor = descArray[4].split('r');
                }
                versionMinor = tempArrayMinor[1] > 0 ? tempArrayMinor[1] : 0;
                lfVersion = parseFloat(versionMajor + '.' + versionMinor);
        }
} else {
        for (var i = 8; i < 20; i++)
        {
                try {
                        var objFlash = new ActiveXObject('ShockwaveFlash.ShockwaveFlash.' + i);
                        if (objFlash) {
                                lfVersion = i;
```

```
                                   ip_player
                }
            } catch(e) {}
        }
    }
}

function initVideo() {
        showLFOW_Video();
}

    if ((If_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
                if (window.addEventListener) window.addEventListener('load', initVideo,
false);
                else if (window.attachEvent) window.attachEvent('onload', initVideo);
        } catch(e) {
            showLFOW_Video();
        }
    } else {
        showLFOW_Video();
    }

function showLFOW_Video()
{
    if ((If_Position !== 2) && (arrNavInfo[0] !== 'na')) {
        try {
                var lfDiv = document.createElement('div');
                if (lfDiv === undefined) {
                    If_Position = 'err';
                } else if (lfDiv == null) {
                    If_Position = 'err';
                } else {
                    if(navigator.appName == "Microsoft Internet Explorer" &&
document.compatMode == "BackCompat") { //this line added by corey 02/23/2010
                        lfDiv.id = divID;
                lfDiv.style.position = 'absolute';
                lfDiv.style.zIndex = 9999;
                lfDiv.style.left = 0;
                lfDiv.style.top = 0;
                lfDiv.style.height = GLOBAL_HEIGHT;
                lfDiv.style.width = GLOBAL_WIDTH;
                lfDiv.style.visibility = 'visible';
                        lfDiv.style.overflow = 'hidden';
                //lfDiv.style.overflow = 'hidden';
                            }/////////This area added by corey 02/23/2010
                            else { ////////////////////////////////
                lfDiv.id = divID;  //////////////////////
                lfDiv.style.position = 'fixed';  //////
                lfDiv.style.zIndex = 9999;  //////////
                lfDiv.style.left = 0;  ////////////////
                lfDiv.style.bottom = 0;  /////////////
                lfDiv.style.height = GLOBAL_HEIGHT; //
                lfDiv.style.width = GLOBAL_WIDTH; ////
                lfDiv.style.visibility = 'visible'; //
                lfDiv.style.overflow = 'hidden';
                //lfDiv.style.overflow = 'hidden'; /////
                            }//////////////////////////////////
                }
        } catch(e) {
            If_Position = 'err';
        }
    }
    makeScript()
    if ((If_Position !== 2) && (If_Position !== 'err') && (arrNavInfo[0] !== 'na'))
                                   Page 8
```

```
                                    ip_player
{
        lfDiv.innerHTML = lfString;
        document.body.appendChild(lfDiv);
    } else if (lf_Position !== 2) {
        if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat")
                        {
                        document.write( '<div id="' + divID +'"
style="overflow:hidden; position: absolute; z-index: 999;left: 0px;top: 0px;height:
'+ GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                        }
                        else
                        {
                        document.write( '<div id="' + divID +'"
style="overflow:hidden; bottom:0px left:0px; z-index: 999; top:0px; height: '+
GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                        }


    }
        else {

                if(navigator.appName == "Microsoft Internet Explorer" &&
document.compatMode == "BackCompat")
                        {
                        document.write( '<div id="' + divID +'"
style="overflow:hidden; position: relative;z-index: 999;left: ' +
lf_OffSet_Left_Position + 'px;top: ' + lf_OffSet_Top_Position + 'px;height: '+
GLOBAL_HEIGHT +'px;width: '+ GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                        }
                        else
                        {
                        document.write( '<div id="' + divID +'"
style="overflow:hidden; bottom:0px z-index: 999;left: ' + lf_OffSet_Left_Position +
'px;top: ' + lf_OffSet_Top_Position + 'px; height: '+ GLOBAL_HEIGHT +'px;width: '+
GLOBAL_WIDTH +'px;">'+ lfString +'</div>' );
                        }
    }

        switch (arrNavInfo[0]) {
            case 'ie':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                                window.onresize = moveVid;
                                //window.onscroll = ScrollHnd;
                //window.onresize = ScrollHnd;
                //window.setInterval('ScrollHnd()', 30);
                break;
            case 'gek':
                if (window.onscroll === undefined) {
                    window.setInterval('ScrollHnd()', 30);
                } else {
                    window.onscroll = ScrollHnd;
                }
                                window.onresize = moveVid;
                break;
            case 'opr':
                window.onscroll = ScrollHnd;
                window.onresize = ScrollHnd;
                break;
            case 'kde':
```

```
                                        ip_player
                    window.onscroll = ScrollHnd;
                    window.onresize = ScrollHnd;
                break;
                case 'wtv':
                    if (window.onscroll === undefined) {
                        window.setInterval('ScrollHnd()', 30);
                    } else {
                        window.onscroll = ScrollHnd;
                        window.onresize = ScrollHnd;
                    }
                break;
            }
            ScrollHnd();

}
function ScrollHnd()
{
        var divScroll;
        var wnd;
        var screenWd = 0;
        var screenHt = 0;
        var screenX = 0;
        var screenY = 0;
        var objDoc;
        var divLeft = 0;
        var divTop = 0;

        objDoc = document;
        wnd = window;

        if (objDoc.getElementById) {
            divScroll = objDoc.getElementById(divID);
            if (divScroll.style) {
                divScroll = divScroll.style;
            }
        }
        if (window.innerHeight)
        {
            screenHt = wnd.innerHeight;
            screenWd = wnd.innerWidth;
        }
        else if (objDoc.documentElement && ( objDoc.documentElement.clientWidth ||
objDoc.documentElement.clientHeight ))
        {
            screenWd = objDoc.documentElement.clientWidth;
            screenHt = objDoc.documentElement.clientHeight;

        }
        else if (objDoc.body && ( objDoc.body.clientWidth || objDoc.body.clientHeight ))
        {
            screenWd = objDoc.body.clientWidth;
            screenHt = objDoc.body.clientHeight;
        }
        if (window.innerHeight)
        {
            screenY = wnd.pageYOffset;
            screenX = wnd.pageXOffset;
        }
        else if (objDoc.body && ( objDoc.body.scrollLeft || objDoc.body.scrollTop ))
        {
            screenY = objDoc.body.scrollTop;
            screenX = objDoc.body.scrollLeft;
        }
```

Page 10

```
                                    ip_player
        else if (objDoc.documentElement && ( objDoc.documentElement.scrollLeft ||
objDoc.documentElement.scrollTop ))
        {
            screenY = objDoc.documentElement.scrollTop;
            screenX = objDoc.documentElement.scrollLeft;
        }
        divLeft = divLeft;
                    if (rt_Align == 'true') /*** added 9/22/09 ***/
                        divLeft += screenX;
        divTop = divTop + screenY;
        divLeft = divLeft;
                    if (rt_Align == 'true'){  /*** added 9/22/09 : Modified 11/30/09
***/

                        if (viewState == 1) {
                            divLeft += (screenWd - GLOBAL_WIDTH);
                        }
                        else {
                            divLeft += (screenWd - sm_GLOBAL_WIDTH - 30);
                        }
                    }
                    if (viewState == 1) {
            divTop = divTop + (screenHt - GLOBAL_HEIGHT);
                    }
                    else {
            divTop = divTop + (screenHt - GLOBAL_HEIGHT) + (GLOBAL_HEIGHT -
sm_GLOBAL_HEIGHT);
                    }
        divScroll.left = divLeft + 'px';
            if(navigator.appName == "Microsoft Internet Explorer" && document.compatMode
== "BackCompat")
            {
        divScroll.top = divTop + 'px';
            }
}
function makeScript()
{
        lfString = "<object classid='clsid:d27cdb6e-ae6d-11cf-96b8-444553540000'
width='" + GLOBAL_WIDTH + "' height='" + GLOBAL_HEIGHT + "' id='obj' + lf_ID + "'
align='middle'
codebase='/web/20130819103022/https://download.macromedia.com/pub/shockwave/cabs/fla
sh/swflash.cab#version=8,0,24,0' >";
        lfString += "<param name='movie' value='" + lf_URL + "' />";
        lfString += "<param name='quality' value='high' />";
        lfString += "<param name='wmode' value='transparent' />";
        lfString += "<param name='flashvars'
value='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&shrink_o
n_start=" + shrink_on_start + "&shrink_on_stop=" + shrink_on_stop +
"&close_on_stop=" + close_on_stop + "&shrink_on_end=" + shrink_on_end +
"&close_on_end=" + close_on_end + "&show_loading=" + show_loading + "' />";
        lfString += "<param name='allowScriptAccess' value='always' />";
        lfString += "<param name='loop' value='false' />";
        lfString += "<embed src='" + lf_URL + "' allowScriptAccess='always'
quality='high' wmode='transparent'
flashvars='cc="+getVars['cc']+"&x_off="+x_off+"&vlm="+vlm+"&flv_loc="+vsp_flv+"&w="
+ sm_GLOBAL_WIDTH + "&h=" + sm_GLOBAL_HEIGHT + "&shrink_on_start=" + shrink_on_start
+ "&shrink_on_stop=" + shrink_on_stop + "&close_on_stop=" + close_on_stop +
"&shrink_on_end=" + shrink_on_end + "&close_on_end=" + close_on_end +
"&show_loading=" + show_loading + "&awidth="" + GLOBAL_WIDTH + "&aheight='" +
GLOBAL_HEIGHT + "' loop='false' width='" + GLOBAL_WIDTH + "' height='" +
GLOBAL_HEIGHT + "' name='obj" + lf_ID + "' align='middle'
type='application/x-shockwave-flash'
pluginspage='/web/20130819103022/https://www.macromedia.com/go/getflashplayer' />";
        lfString += "</object>";
```
Page 11

```
                                    ip_player
}

function yh_hide() {
        ScrollHnd();
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.display = 'none';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.display = 'none';
                }
                else { // IE 4
                        document.all.divID.style.display = 'none';
                }
        }
        ScrollHnd();
}

function yh_grow() {
        ScrollHnd();
        viewState = 1;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = GLOBAL_HEIGHT + 'px';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = GLOBAL_WIDTH + 'px';
                        document.divID.height = GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
}

function yh_shrink() {
        ScrollHnd();
        viewState = 2;
        if (document.getElementById) { // DOM3 = IE5, NS6
                document.getElementById(divID).style.width = sm_GLOBAL_WIDTH + 'px';
                document.getElementById(divID).style.height = sm_GLOBAL_HEIGHT +
'px';
                //document.getElementById(divID).style.overflow = 'hidden';
        }
        else {
                if (document.layers) { // Netscape 4
                        document.divID.width = sm_GLOBAL_WIDTH + 'px';
                        document.divID.height = sm_GLOBAL_HEIGHT + 'px';
                }
                else { // IE 4
                        document.all.divID.style.width = sm_GLOBAL_WIDTH + 'px';
                        document.all.divID.style.height = sm_GLOBAL_HEIGHT + 'px';
                }
        }
        ScrollHnd();
}


function moveVid() {
```

```
                                  ip_player
          document.getElementById(divID).offsetLeft = lf_OffSet_Left_Position -
GLOBAL_WIDTH;
          document.getElementById(divID).offsetTop = lf_OffSet_Top_Position -
GLOBAL_HEIGHT;
}

}
}
```

## VERIFICATION

The undersigned hereby states that: (a) he/she is authorized to make this verification on behalf of Plaintiff Live Face on Web, LLC; (b) the statements made in the foregoing Complaint are true and correct to the best of the undersigned's knowledge, information, and belief; and (c) he/she understands that the statements made in this verification are subject to the penalties relating to unsworn falsification to authorities.

Dated: December 30, 2015

_____
Eduard Shcherbakov, CEO
Live Face On Web, LLC